# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUSING GROUP OF COMPANIES, INC., | ) ) ) | CASE NO. 2:07-1277 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | The Honorable Gary L. Lancaster |
| AUCTION 123, INC., | ) ) ) | |
| Defendant. | ) | Electronically Filed |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice with each party to bear its own fees and costs.

s/Howard F. Murphy
Howard F. Murphy, Esquire
331 Regis Avenue
Pittsburgh, PA 15236
Tel. 412.653.6000
Fax. 412.653.6020
Email: hfm@howardfmurphy.com

ATTORNEY FOR PLAINTIFF

s/James B. Lieber
James B. Lieber
PA. I.D. No. 21748
Thomas M. Huber
PA I.D. No. 83053
Lieber & Hammer, P.C.
5528 Walnut Street
Pittsburgh, PA 15323-2312
Lhlawfirm@choiceonemail.com
Local Counsel for Defendant

s/ Jacqueline A. Grady
Jacqueline A. Grady, Esq.
Florida Bar No. 635871
Frank, Weinberg & Black, P.L.
7805 S. W. 6th Court
Plantation, Florida 33324
Telephone: (954) 474-8000
Facsimile: (954) 474-9850
Florida Counsel for Defendant

ATTORNEYS FOR DEFENDANT

SO ORDERED, this 1st day of August, 2008.

Gary L. Lancaster, U.S. District Judge